**21-mj-6515-MPK;** ████████████████████████

## AFFIDAVIT OF CHRISTOPHER J. MULLEN

I, Christopher J. Mullen, being duly sworn, state the following:

1.      I have been employed as a Postal Inspector with the United States Postal Inspection Service ("USPIS") since August 2017.  I have been assigned to the Prohibited Mail Narcotics Unit of the USPIS's Boston Division since August 2017.  Before becoming a Postal Inspector, I was employed as a Special Agent with the United States Secret Service ("Secret Service") beginning in 2009.  From 2010 through 2017, I was assigned to the Secret Service's Boston Field Office, where I investigated financial crimes and other violations of federal law. Prior to becoming a Special Agent, I was an Officer with the Secret Service's Uniformed Division, beginning in June 2005.

2.      I have received both general training in conducting criminal investigations as well as specialized training concerning the investigation of offenses involving the distribution of controlled substances.  I attended a three-month Criminal Investigator Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia, and a four-month training course at the Secret Service's John J. Rowley Training Center in Beltsville, Maryland.  I have received training by the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States mails.  I have a Bachelor of Arts in Philosophy from Boston College and a Masters of Business Administration from The George Washington University.

3.      I have participated in numerous narcotics investigations involving the transportation of controlled substances or proceeds from the sales of (or payments for) controlled substances through the United States Postal Service ("USPS"), money laundering, and related

crimes.  Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other law enforcement agencies, including the Federal Bureau of Investigation ("FBI"), the Drug Enforcement Administration ("DEA"), the Massachusetts State Police ("MSP"), and the police departments of local communities, including Boston.  I have debriefed, and continue to debrief, suspects, informants, and witnesses who have personal knowledge about the sale and distribution of narcotics, money laundering, and related crimes occurring in Massachusetts and nationally.

## PURPOSE OF AFFIDAVIT

4.      I am submitting this affidavit to support an application for a criminal complaint charging Oscar MURCIA (DOB: xx/xx/1996; SSN: xxx-xx-5038) ("MURCIA") with knowingly and intentionally distributing and possessing with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (also known as fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).  I am also requesting an arrest warrant for MURCIA.

5.      MURCIA is a 25-year-old male, who resides in Wilmington, Massachusetts. From my review of records from the Massachusetts Board of Probation, I do not believe that MURCIA has any prior criminal convictions.



9.      I have personally participated in this investigation since April 2020.  I am familiar

with the facts and circumstances of this investigation based upon: (a) my personal knowledge

and involvement in this investigation; (b) my review of business records from various sources,

including the USPS; (c) information provided to me orally and in writing by other law

enforcement agencies participating in this and related investigations; and (d) my experience and training as a criminal investigator.

10.     Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, arrest warrant, and search warrants for ██████████████████ ████████████████████, I have not included each and every fact known to me and other law enforcement officers involved in this investigation.  Rather, I have included only those facts that I believe are necessary to establish probable cause for the issuance of the requested complaint, arrest warrant, and search warrants.  Facts not set forth herein are not being relied upon in reaching my conclusion that there is probable cause to support the issuance of the requested complaint, arrest warrant, and search warrants.  Nor do I request that this Court rely on any facts not set forth herein in reviewing this application.

## GENERAL BACKGROUND CONCERNING THE SHIPMENT OF DRUGS THROUGH THE UNITED STATES MAILS

11.     Experience and drug trafficking intelligence information gathered by the USPIS have demonstrated that USPS Priority Mail Express and Priority Mail are frequently used by drug traffickers for shipping drugs and the proceeds from drug sales.  Use of Priority Mail Express and Priority Mail are favored because of the speed, reliability, free telephone and Internet package tracking service, as well as the perceived minimal chance of detection. These factors make it appealing for narcotics trafficking organizations to utilize legal and legitimate shipping methods such as the USPS to transport their product and/or proceeds because it is a relatively anonymous, secure, and fast method of transportation.



4

































**MURCIA Mailed and Attempted to Mail Additional Parcels Containing Counterfeit Pills Containing Fentanyl**



50.     For example, on November 5, 2020, data from a GPS device attached to the MURCIA Mercedes established that the vehicle had left the parking lot in the area of the building of the MURCIA/FAVALORO Residence.  Investigators located the vehicle as it was headed directly to the Burlington Post Office at 5 Bedford Street in Burlington, Massachusetts. At approximately 2:45 p.m., I personally observed MURCIA at the Burlington, Massachusetts

Post Office as he mailed a single white USPS Priority Mail Small Flat Rate Box.  MURCIA paid

for the postage with cash.  After MURCIA left the Burlington Post Office, I retrieved the parcel.

The parcel bore pre-printed labels bearing the purported sender and recipient information.

Through subsequent investigation, I determined that the listed return address ("33 Marion St.,

Wilmington, MA 01887") was a valid address, but that the purported sender was not associated

with that address.[9]  The parcel was addressed for delivery to an individual in Charlottesville,

Virginia.  I transferred the parcel to Postal Inspectors in Virginia.  On November 10, 2020, Postal

Inspectors in Virginia obtained consent to open the parcel from the recipient listed on the parcel.

Inside the parcel was a white, sealed bubble mailer, inside of which was a clear vacuum-sealed

plastic bag containing a quantity of small round, blue pills.  Subsequent laboratory analysis

determined that the parcel contained 2,254 pills weighing 242.83 grams.  Laboratory analysis

further detected the presence of fentanyl in the pills.  MURCIA's fingerprints were located on

parcel.

51.     Similarly, I determined through a combination of mobile video surveillance

footage, data from a GPS device attached to a gray 2017 BMW X4, bearing VIN

5UXXW7C32H0W63656 and Massachusetts Registration 1YTE63, which is registered to

FAVALORO ("the FAVALORO BMW"),[10] security surveillance footage from the Lowell,

---

[9]  The label containing the sender information was cut off on the right side where the last
name of the purported sender was listed.  The printed letters on the label reflect the sender name
as "Ruben Estra"; however, based on my involvement in this investigation, I believe that the
intended purported sender name was "Ruben Estrada."  From my review of various databases, I
determined that no one named "Ruben Estra" or "Ruben Estrada" was associated with the listed
return address.

[10]  On June 23, 2021, this Court issued a tracking warrant in 21-mj-6430-MPK
authorizing investigators to install and monitor a GPS tracking device on the FAVALORO
BMW.  Investigators installed a tracking device on the FAVALORO BMW later that day.

Massachusetts Post Office, and interviews of Postal personnel at the Lowell, Massachusetts Post Office that, on June 24, 2021, MURCIA traveled from the building of the MURCIA/FAVALORO Residence to the Lowell, Massachusetts Post Office.  At approximately 1:09 p.m., I observed MURCIA and FAVALORO via mobile video surveillance as they exited the building of the MURCIA/FAVALORO Residence.  Approximately two minutes later (at approximately 1:11 p.m.), I observed a gray BMW SUV exit the parking lot and began receiving data from the GPS device attached to the FAVALORO BMW establishing that the vehicle was traveling away from the area of the building of the MURCIA/FAVALORO Residence.  The FAVALORO BMW traveled to the area of a Staples office supply store in Chelmsford, Massachusetts, where it remained stationary for approximately 11 minutes.  The vehicle then traveled directly to a parking lot in the area of 50 Lowes Way, Lowell, Massachusetts, where it remained stationary for an additional four minutes before traveling directly to the area of the Lowell, Massachusetts Post Office located at 144 Father Morrissette Boulevard in Lowell, Massachusetts.

52.     At the Post Office, MURCIA presented 15 white USPS Priority Mail Small Flat Rate parcels to a Postal clerk for mailing.[11]  After handing the last parcel to the Postal clerk, but before paying for the postage, MURCIA suddenly left the Post Office counter without the 15 parcels and exited the Post Office.  Because MURCIA did not pay for the postage, the Postal

---

[11]  I personally reviewed security surveillance footage from the Lowell, Massachusetts Post Office and obtained still photographs of MURCIA mailing the parcels.  I identified MURCIA as he was wearing the same clothing that I observed him wearing as he departed the MURCIA/FAVALORO Residence earlier in the day, including a black neck pillow that I have observed MURCIA wearing on multiple occasions since he was involved in a serious car accident on May 31, 2021.  I attempted to download the security surveillance footage to preserve it but was unable to do so successfully.  I then arranged for a USPIS technician to download the footage; however, by the time that the technician tried to do so, the footage had been overwritten.

clerk voided the transaction and secured the 15 parcels.  I later went to Lowell, Massachusetts and retrieved the 15 abandoned parcels.[12]  I subsequently obtained and executed search warrants on each of the 15 parcels.  Each parcel contained a bubble mailer pouch, inside of which was a quantity of round, blue pills in a clear plastic pouch.  (The quantities ranged from approximately 10 to 50 pills.)  I field-tested one of the pills with inconclusive results.  Another investigator later field-tested additional pills using more sensitive field-testing equipment and obtained positive results for the presence of fentanyl.  The seized pills will be sent to a forensic laboratory for analysis in the near future.  However, based upon the shape, color, and markings of the pills (which mimic the markings of an approved form of oxycodone), I believe that these pills are counterfeit pills containing fentanyl.



---

[12]  The parcels each bore a preprinted label that listed the purported recipient with a delivery address that was in one of various states throughout the United States.  Each parcel listed the same purported sender information (which was handwritten).  I subsequently determined that the purported sender information consisted of a valid address ("42 Wellman St., Lowell, MA 01851") combined with a sender name ("Ryan Garcia") who did not appear to be associated with that address.









































**CONCLUSION**

Among other things, I believe that there is probable cause to believe that, on November 5, 2020 MURCIA knowingly and intentionally distributed and

possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).  Accordingly, I respectfully request that an arrest warrant for MURCIA be issued.



Respectfully submitted,

/s/ Christopher J. Mullen
_____
CHRISTOPHER J. MULLEN
Postal Inspector
U.S. Postal Inspection Service

Subscribed to and sworn via telephone in
accordance with Fed. R. Crim. P. 4.1 on
this the 28th day of July, 2021.

_____
HON. M. PAGE KELLEY
Chief United States Magistrate Judge















